■ BERNARD H. VOGEL et al., Appellants, v AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY et al., Respondents, et al., Defendant. [52 NYS3d 867]—In an action, inter alia, to recover damages for breach of a legal malpractice insurance policy and for a judgment declaring that the plaintiffs are covered under that policy, the plaintiffs appeal (1), as limited by their brief, from so much of an order of the Supreme Court, Nassau County (Marber, J.), dated March 24, 2015, as, upon reargument, vacated so much of a judgment of the same court dated November 18, 2014, as, in effect, awarded the defendants American Guarantee & Liability Insurance Company and Zurich American Insurance Company certain damages starting in 2006, and thereupon limited their damages to expenses incurred on or after December 22, 2010, (2) on the ground of inadequacy, from an amended judgment of the same court dated May 1, 2015, which is in favor of them and against the defendants in the principal sum of only $678,005.31, and (3) on the ground of inadequacy, from so much of an order and resettled amended judgment (one paper) of the same court dated July 1, 2015, as, upon resettlement, is in favor of them and against the defendants in the principal sum of only $678,005.31.

Ordered that the appeals are dismissed, without costs or disbursements.

In light of our determination on the companion appeals and cross appeals (*see Vogel v American Guar. & Liab. Ins. Co.*, 148 AD3d 1206 [2017] [decided herewith]), these appeals have been rendered academic. Rivera, J.P., Leventhal, Hall and Duffy, JJ., concur.